423683

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-00220 (PAM/JGL) Case Title: Wilson Tool Intl., Inc. v. Wila B.V.

### Affidavit of Movant

I, Sri K. Sankaran ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Richard L. Byrne, an attorney admitted to practice in the Western District of Pennsylvania ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Wila B.V. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Sri K. Sal [signature] — Signature
204304 — MN Attorney License #
June 18, 2002 — Date

### Affidavit of Proposed Admittee

I, Richard L. Byrne, am currently a member in good standing of the U.S. District Court for Western District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Richard L. Byrne — Type/Print Name
Richard L. Byrne [signature] — Signature
June 17, 2002 — Date

Attorney License Number: 27913

Law Firm Name & Address: Webb Ziesenheim Logsdon Orkin & Hanson, P.C.
700 Koppers Building, 436 Seventh Avenue
Pittsburgh, PA 15219-1818

Telephone (412) 471-8815

Motion Granted: Richard D. Sletten [signature] mmc
For the Court: Richard D. Sletten, Clerk

JUN 19 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

423683

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-00220 (PAM/JGL) Case Title: Wilson Tool Intl., Inc. v. Wila B.V.

## Affidavit of Movant

I, Sri K. Sankaran, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Kent E. Baldauf. Jr., an attorney admitted to practice in the Western District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Wila B.V. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 204304 MN Attorney License # | June 11, 2002 Date

## Affidavit of Proposed Admittee

I, Kent E. Baldauf. Jr., am currently a member in good standing of the U.S. District Court for Western District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Kent E. Baldauf, Jr. Type/Print Name | [signature] Signature | 6-17-02 Date

Attorney License Number: 70793

Law Firm Name & Address: Webb Ziesenheim Logsdon Orkin & Hanson, P.C.
700 Koppers Building, 436 Seventh Avenue
Pittsburgh, PA 15219-1818

Telephone (412) 471-8815

Motion Granted: [signature] MMC
For the Court: Richard D. Sletten, Clerk

JUN 19 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUN 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

423683

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-00220 (PAM/JGL) Case Title: Wilson Tool Intl., Inc. v. Wila B.V.

### Affidavit of Movant

I, Sri K. Sankaran ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Nathan J. Prepelka , an attorney admitted to practice in the Western District of Pennsylvania ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Wila B.V. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 204304 MN Attorney License # | June 18 , 2002 Date

### Affidavit of Proposed Admittee

I, Nathan J. Prepelka , am currently a member in good standing of the U.S. District Court for Western District of Pennsylvania , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Nathan J. Prepelka Type/Print Name | [signature] Signature | June 17, 2002 Date

Attorney License Number: 83742

Law Firm Name & Address: Webb Ziesenheim Logsdon Orkin & Hanson, P.C.

700 Koppers Building, 436 Seventh Avenue

Pittsburgh, PA 15219-1818

Telephone (412) 471-8815

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JUN 19 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK