UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wilson Tool International, Inc.,

Plaintiff,

Civil 02-220 PAM/RLE

v.

Wila B.V.,

Defendant.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Wednesday, September 25, 2002 @ 11:30 A.M., before Judge Magnuson, is CANCELLED. The parties shall be notified when the pretrial has been rescheduled.

Dated: September 11, 2002

RICHARD SLETTEN,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK