UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wilson Tool International, Inc.,

Plaintiff,

v.

WILA, B. V.,

Defendant.

Civil No. 02-220 (PAM/RLE)

**ORDER OF RECUSAL**

---

The above-entitled matter was originally assigned to Judge Paul A. Magnuson as a matter of course. Judge Magnuson hereby recuses himself from this case.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Judge Paul A. Magnuson is recused; and
2. This case shall be returned to the Clerk of Court for assignment to another District Court Judge.

DATED: December 10, 2002

Paul A. Magnuson
United States District Court Judge

FILED DEC 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

Wilson Tool International CIVIL 02-220 JMR/FLN

vs

WILA, B.V.,

This case is now assigned to Judgc Jamcs M. Rosenbaum and Magistrate Judge Noel.